Steven Mark Rosenberg
106 ½ Judge John Aiso St, #226
LA, CA 90012
Tel: 310.971.5037

email: founder@ PuttingElders1st.org

In Pro Per

**FILED**
DEC 15 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: STEVEN MARK ROSENBERG.<br>**Debtor** | ) Chapter 7 Case<br>)<br>) Bank. Case No. 1:17-bk-11748-VK<br>)<br>) Adv. Proc. No.1:17-ap-01096<br>)<br>)<br>) |
| **STEVEN MARK ROSENBERG**<br><br>**Plaintiff**<br>    vs.<br><br>ALLIANCE BANCORP, INC (Estate),<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.,<br>OCWEN LOAN SERVICING, ONE WEST<br>BANK, DEUTSCHE BANK NATIONAL<br>TRUST COMPANY, AS TRUSTEE FOR<br>ALLIANCE BANCORP MORTGAGE<br>BACKED PASS-THROUGH<br>CERTIFICATE SERIES 2007-OA1<br>AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>**Defendants** | ) NOTICE OF ERRATA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO THE COURT AND TO COUNSEL OF RECORD FOR ALL PARTIES:

    PLEASE TAKE NOTICE that STEVEN MARK ROSENBERG, Debtor (Plaintiff)

---

NOTICE OF ERRATA -S.ROSENBERG                                    Page 1

1  hereby respectfully submits this Notice of Errata in the Adversary Proceeding,

2  due to an inadvertent clerical slip up, Exhibit 3 (Page 35) requires replacement

3  for the Adversary Proceeding Compliant filed on November 27, 2017.

4  The Exhibit 3, as originally filed, is now superseded as follows:

5

6  The correct Exhibit is attached hereto as Exhibit "1" and incorporated herein by

7  Reference.

8

9

10

11  Dated: December 15, 2017

12

13                                          *Steven Rosenberg*
                                            STEVEN ROSENBERG, Plaintiff,
14                                          pro se

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT -1-

Recording Requested By:
OCWEN LOAN SERVICING, LLC

When Recorded Return To:

OCWEN LOAN SERVICING, LLC
240 TECHNOLOGY DRIVE
IDAHO FALLS, ID  83401

2015-04438-CA

**CORPORATE ASSIGNMENT OF DEED OF TRUST**

Los Angeles, California
SELLER'S SERVICING #:7191069157  "ROSENBERG"
SELLER'S LENDER ID#:  NCR 24110
OLD SERVICING #:  3002889594

For Value Received, FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B. hereby grants, assigns and transfers to DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ALLIANCE BANCORP MORTGAGE BACKED PASS-THROUGH CERTIFICATE SERIES 2007-OA1 at C/O OCWEN LOAN SERVICING, LLC., 1661 WORTHINGTON ROAD, STE 100, WEST PALM BEACH, FL 33409 all its interest under that certain Deed of Trust dated 03/01/2007 , in the amount of $390,000.00, executed by ISADORE ROSENBERG, A WIDOWER to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), SOLELY AS NOMINEE FOR AMPRO MORTGAGE, A DIVISION OF UNITED FINANCIAL MORTGAGE CORP. ITS SUCCESSORS AND/OR ASSIGNS and Recorded:  03/15/2007  as Instrument No.: 2007-0575007 in the County of Los Angeles, State of California.

Legal:  See above referenced recorded deed of trust for full legal description

THE PURPOSE OF THIS CORRECTIVE ASSIGNMENT OF DEED OF TRUST IS TO CORRECT THE ASSIGNEE ON THE ASSIGNMENT RECORDED ON 2/24/2010 IN INSTRUMENT NUMBER 20100248050

In witness whereof this instrument is executed.

FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B.

On  MAR 1 0 2017

_Jon Dickerson_
_Attorney In Fact_

This assignment is made without recourse, representation or warranty, express or implied, by the FDIC in its corporate capacity or as Receiver.

*AAB*AABGMAC*02/28/2017 03:55:00 PM* GMAC40GMACA00000000000000005081849* CALOS A* 7191069157 CASTATE_TRUST_ASSIGN_ASSN *"ROBGMAC*

-35-

page 4

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8126 Seventeenth Ave #8
Canoga Park, CA 91304

A true and correct copy of the foregoing document entitled (specify): __Notice of ERRATA (Re: Adversary Proceeding Complaint Filed 11/27/2017)__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) __12/15/2017__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be completed** no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge **will be completed** no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/15/17 | Frances Rosenberg | _Frances Rosenberg_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

Case 1:17-ap-01096-VK

# Notice of Errata

F 7016-1.1

In re
Steven Mark Rosenberg
Debtor(s).

CHAPTER: 7
CASE NO.: 1:17-bk-11748-vk
ADVERSARY NO.: 1:17-ap-01096

**ADDITIONAL SERVICE INFORMATION** (if needed):

Additional Defendents

Ocwen Loan Servicing, Inc
P.O Box 24781
West Palm Beach, FL 33416-4781

Alliance Bancorp, Inc
815 Commerce Drive
Oak Brook, Il 60523

Alliance Bancorp Estate Trustee
Charles A. Stanziale, Jr
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102

MERS
Mortgage Electronic Registration Systems, Inc
1818 Library Street
Suite 300
Reston, VA 20190

Deutche Bank National Trust Company, As Trustee
For Alliance Bancorp Mortgage Backed Pass Through
Certificate Series 2007 - OA01
Authorized Agent: Robertson, Anschutz, Schneid, P.L
6409 Congress Ave, Suite 100
Boca Raton, Florida 33487

One West Bank
888 East Walnut Street
Pasadena, CA 91101

United States
Bankruptcy Court
Central District of CA
ATTN: Judge
Honorable Victoria S. Kaufman
Suite 354
Woodland Hills, CA
91367

Trustee
Amy L Goldman, Esq
633 W. 5th Street, St. 4000
Los Angeles, CA 90071

Department of Justice
U.S. Trustee (SV)
915 Wilshire Blvd, St 1850
Los Angeles, CA
90017

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1