FILED
FEB 26 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

ORDER No. 18-VK-06

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHAPTER 7

APPEAL? ☐ Yes ☐ No

### TRANSCRIPT ORDER FORM

APPEAL No. _____ (if known)

(File this form on the related case docket)

Ordering Party's Name: **Steven Mark Rosenberg**    Attorney Bar#: **N/A**

Law Firm: **N/A**

Mailing Address: **15814 Septo Street, North Hills, CA 91343**

Person to Contact (If Judge-ordered: Transcriber to contact Procurement**): **Steven Rosenberg**

Telephone: **(310) 971-5037**    E-mail: **StevenRosenberg37@gmail.com**

Bankruptcy Case #: **1:17-11748**    Adversary Proceeding #/MP #: **1:17-01096**

Date of Hearing (complete a SEPARATE form for EACH hearing date): **1/24/18**    Time: **1:30 pm**

Debtor: **Steven Mark Rosenberg**

Adversary Proceeding Name: **Rosenberg** vs. **Deutsche Bank National Trust Co**

Hearing Judge: SELECT **Victoria Kaufman**    Courtroom #: SELECT **301**

TRANSCRIBER: ① SELECT **Ben Hyatt certified Dep. Reporters (888) 272-0022**    ALTERNATE: SELECT ② **eScribers 213-973-5843**

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**    NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)         ☒ Entire Hearing
☐ 14 Days                    ☐ Ruling/Opinion of Judge only
☒ Expedited (7 days)         ☐ Testimony of Witness _____
☐ Daily (24 hours)           ☐ Other* _____ (name of witness) **Calendar #**

*Special Instructions: **Please Note: Expedited / Thank you! #24.00**

Transcript due dates are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript**: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: **2-26-18**    Date Sent to Transcriber: **2-26-18**    By ☒ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)
(Tape #: ___) Time Start (Index #): **1:41:10** Time End (Index #): **1:52:37** Time Start: _____ Time End: _____

(Tape #: ___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

Court Recorder: **Patty Garcia**    Division: **SFV**    Processed by: **Patty Garcia**

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. Oct 2016. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*