| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Steven Mark Rosenberg<br>106 Judge John Asio Street, #225<br>Los Angeles, CA 90012<br>310.971.5037<br>In Pre Per Plaintiff<br>email: Founder@PuttingElders1st.org<br><br>☒ Individual appearing without attorney<br>☐ Attorney for: | FOR COURT USE ONLY<br><br>FILED<br>MAR 0 8 2018<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION**    DIVISION

| In re:<br>Steven Mark Rosenberg<br><br><br><br>Debtor(s). | CASE NO.:    17-11748<br><br>ADVERSARY NO.: 1:17- ap -01096-VK<br><br>CHAPTER:    7 |
| --- | --- |
| Steven Mark Rosenberg &<br>Estate of Isadore Rosenberg<br><br><br>Plaintiff(s).<br>vs.<br>Alliance Bancorp, Inc (Estate), Mortgage Electronic Registration Systmes, Inc; OCWEN LOAN SERVICING, ONE WEST BANK, DEUTSCHE BANK NATIONAL TRUSH COMPANY, AS TRUSTEE<br>Defendant(s). | *Docket # 10 UPDATE*<br>WITH JOINT STATUS REPORT BR7016-1<br>[LBR 7016-1(a)(2)](ca)(3)]<br>DECLARATION INCORPORATED<br>DATE:    03/14/2018<br>TIME:    2:30 PM<br>COURTROOM:    301<br>ADDRESS:<br>    21041 Burbank Blvd<br>    Woodland Hills, CA 91367 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

### A. PLEADINGS/SERVICE:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☐ Yes ☒ No

2. Have all parties filed and served answers to the Claims Documents?    ☐ Yes ☒ No

3. Have all motions addressed to the Claims Documents been resolved?    ☐ Yes ☒ No

4. Have counsel met and conferred in compliance with LBR 7026-1?    ☐ Yes ☒ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 1    F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

A1: Will be ADDING the Law Firm of Garrett & Tully under a relevant CCP 128 claim (listed on main case schedule as potential ases)t. This will present conflict for their representation of Deutsche Bank National Trust Company before the Honorable Court. This is actually good for Judicial Economy purposes/Garrett & Tully was going to be named in a lawsuit/ and now fact pattern support their inclusion in present case.
A2. Have recieved Questionable Answer from Alliance Bancorp- a disolved corporation in ILL.
AS FOR PARTY: CIT BANK   DISMISSED DUE TO NO ANSWER / X-ref Respectfully Docket #13
A3. Hearing set for Judgement on the Pleadings:  4/4/18   2:30 pm

## B. READINESS FOR TRIAL:

1. When will you be ready for trial in this case?

   **Plaintiff**                                                                      **Defendant**

   Will not know until after 4/4/18 hrg

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   **Plaintiff**                                                                      **Defendant**

   Ready for Trail in < two months

3. When do you expect to complete <u>your</u> discovery efforts?

   **Plaintiff**                                                                      **Defendant**

   Best Known after 4/4/18

4. What additional discovery do you require to prepare for trial?

   **Plaintiff**                                                                      **Defendant**

   Rule 36/ Rule 34 regarding expedited Electronic
   Discovery. This would allow expedited prior to
   completion of Fed R. Civ 26 / x ref to BK rule.

## C. TRIAL TIME:

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   **Plaintiff**                                                                      **Defendant**

   One a half days

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   **Plaintiff**                                                                      **Defendant**

   Between one and two

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                             Page 2                                             F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

        <u>Plaintiff</u>                                   <u>Defendant</u>

Twenty Five Approximately. Key exhibits will be audio visual in nature

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☐ is ☐ is not requested |
| Reasons: | Reasons: |

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Pretrial conference should be set <u>after</u>: | Pretrial conference should be set <u>after</u>: |
| (*date*) _____ | (*date*) _____ |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

    Parties two far apart. Plaintiff/ Estate of Isadore Rosenberg at a number north of $50K
    Other side for global settlement and release at a number that is at south of $5k

2. Has this dispute been formally mediated?   ☐ Yes   ☒ No
   If so, when?

    Not in Present Context

3. Do you want this matter sent to mediation at this time?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| ☒ Yes ☐ No | ☐ Yes ☐ No |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015          Page 3          F 7016-1.STATUS.REPORT

## F. FINAL JUDGMENT/ORDER:

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

## G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL: (Use additional page if necessary)

Note: Key Change from the submitted previous F 7016-1
Specifically E. #3 answered changed from DO NOT want mediation to that of I DO as answered.
Pursuant to the governing Rules/ aside- it is pointed out respectfully that Judges are empowered to Order mediation even IF one side does not want.

Should mediation efforts be succesfull than additional comments and recommendations regarding the Trial becomes mute.

Trail Recommendation: That an Electronic version provided on an approved computer media such as a flash drive of Trial Exhibit Notebook be acceptable in lieu of the required hard copies.

Respectfully submitted,

Date: 03/08/2018

Steven Mark Rosenberg, In Pro Per
Printed name of law firm

*Steven Mark Rosenberg*
Signature

_____
Printed name

Attorney for: _____

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015              Page 4              F 7016-1.STATUS.REPORT

## JOINT STATUS REPORT – ADDITIONAL PARTY ATTACHMENT

Additional party name: _Estate of Isadore Rosenberg_

☒ Plaintiff   ☐ Defendant   Other (specify): _* See Below_

_* Also Representing Estate of Isadore Rosenberg_

### B. READINESS FOR TRIAL:

1. When will you be ready for trial in this case? _This best answered by t-ril Docket 18. Variable Equal = outcome of that Hrg on MTOP < 2 months. This Shorten Time Attributed to LASC BP109162 Discovery._

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
_N/A_

3. When do you expect to complete your discovery efforts?
_Best Known After April 4, 2018 hrg @ 2:30 pm_

4. What additional discovery do you require to prepare for trial?
_PMK of: Deutsche Bank National Trust, As Person Most Knowledgable Trustee For Alliance Bancorp Mortgage Pass Through Certificate Series 2007-OA1_

### C. TRIAL TIME:
_Lower Court was Stonewalled - potential process Delay_

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?
_1 ½ Days_

2. How many witnesses do you intend to call at trial (including opposing parties)?
_Between one & Two_

3. How many exhibits do you anticipate using at trial?
_Twenty-Five / Key Exhibits will be Video/Audio_

### D. PRETRIAL CONFERENCE:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pretrial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Pretrial conference ☒ is ☐ is not requested.
Reasons: _____

Pretrial conference should be set after (date): _Defer to outcome of April 4 hRg. This respectfully Cannot be Answered with any Certainty until Then._

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 1    F 7016-1.STATUS.REPORT.ATTACH

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

   Plaintiff was in Range bracket of a number just south of $60k for a global settlement & Release: Other side had offer under same terms - but at a number south of $5K. Positions Too Far Apart for meeting of minds.

2. Has this dispute been formally mediated? ☐ Yes ☒ No
   If so, when?

   In present context, No.

※ 3. Do you want this matter sent to mediation at this time? ☒ Yes ☐ No

F. **FINAL JUDGMENT/ORDER:**
Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

I ☒ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

1) Respectfully so the Court is not blindsided; intentional use of Court of Public Opinion mechanisms are being made part of this overall litigation that has as it underbelly the Public Policy concern of financial Elder Abuse. Reporters of the Media may be aware of hearings & wish to cover as being newsworthy. Respectfully above set forth only as courtesy.  1/24/17

Printed name of law firm

Signature: Steven Mark Rosenberg, As Debtor, As. Personal Representative Estate of Isadore Rosenberg

Printed name: Steven Mark Rosenberg

Attorney for: N/A

※ 2) Key change from Plaintiff Report as call out: ———→ # 3.
Please see Answer To E. Changed To: I do want sent to mediation at this time
Above

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 2    F 7016-1.STATUS.REPORT.ATTACH

Steven Mark Rosenberg
106 1/2 Judge John Aiso Street, #225
Los Angeles, CA 90012

310.971.5037
Founder@PuttingElders1st.org

Plaintiff In Pro Per

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | ) Case No. 17-11748 |
| | ) Adversary No: 1:17 -ap-01096-vk |
| Steven Mark Rosenberg | ) |
| | ) DECLARATION OF STEVEN MARK |
| | ) ROSENBERG |
| | ) SUPPORT OF: **LBR 7016-1(a) (3)** |
| | ) Date:    March 14, 2018 |
| | ) Time: 2:30 Pm |
| Debtor | ) Courtroom: 301 |
| | ) Honorable Judge Victoria Kaufman |

Steven Mark Rosenberg

                                Plaintiff

VS

Alliance Bancorp(estate),Mortgage Electronic Registration Systems, Inc, OCWEN LOAN SERVICING, ONE WEST BANK, Deutsche National Trust Company,as Trustte for Alliancee Bancorp Mortgage Backed-Pass Through Certificate Series 2007 -OA1

[1]

I, Steven Mark Rosenbrerg , declare:

---

[1] DECLARATION IN SUPPORT OF JOINT STATUS REPORT LBR 7016-1(a)(3)

1. That I am the Plaintiff on behalf of myself and the Estate of Isadore Rosenberg in this action. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts stated herein.

2. I make this Declaration in support of my filing of attached Joint Status Report, per LBR 7016-1 (a) **(3) hereby incorporated herein.**

3. Email inspecition is avail off camera of my written willingness to drive to the Defendents office to meet in person from the dates of 2/19/18 to 2/23/18. March 2, 2018- presented a "spin off" of one of the key parties to another Law Firm- complicating logistics.

4. I received NO reply to that offer of meeting in person as set forth in Number 3. There were previous communications by phone and email prior to my offering to meet in person. I was more than flexible for a five day period/ as you will see in camera inspection of email/ ANYTIME OF THE DAY for each of the above days with meeting to last no more then 1/2/ hour.

5. Any date after that date could not work for me as I was trying to stop the wrongful foreclosure of property at 15814 Septo Street, North Hills,CA 91343, in accordance with my responsibility of being the Personal Representative of the Estate. That took priorty over meet and confer

6. It is prayed that the court understands this situation
It should be noted as follows: MARCH 2, 2018 filed with this Court was a substitution of Attorney for Deutsche ( Docket # 22) . No phone conversations have taken place- the interesting situation has presented itself that Garrett & Tully were specifically named as being defendents in a CCP 128 action. The fact pattern is developing to support there being named in present suit.

//
//
//

DECLARATION IN SUPPORT OF JOINT STATUS REPORT LBR 7016-1(a)(3)

This would make any meet and confer with them mute due to conflict i.e; being named in this heretofore suit. Also- it is pointed out that for the April 4, 2018 hearing on the Motion for Judgement on the Pleadings that Deutsche is not joined with Ocwen or MERS/ Notwithstanding they were together in the filed answer (Docket #9) .

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on March 7, 2018 at North Hills ,California.

_Steven Mark Rosenberg_
Steven Mark Rosenberg, Plaintiff/Debtor

DECLARATION IN SUPPORT OF JOINT STATUS REPORT LBR 7016-1(a)(3)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8/6 Oxensmith Ave #4
Canoga Park, CA 91304

A true and correct copy of the foregoing document entitled (*specify*): _____
Docket # 10 Update/ Joint Status Report with Declaration
LBR 7016-1(a)2/3

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 8 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be completed** no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) N/A _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge **will be completed** no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

March 08, 2018    Frances Rosenberg    /s/ Frances Rosenberg
Date    Printed Name    Signature

---
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

1

**ATTACHED SERVICE LIST**

MERS Mortgage Electronic Systems, INC
  Attn: T. Robert Finlay, Partner    cc. Niclee Dunn, Esq
  4665 MacArthur Court, Suite 200
  Newport Beach, CA 92660

Ocwen Loan Servicing, INC
  c/o T. Robert Finlay, Partner    cc. Niclee Dunn, Esq
  4665 MacArthur Court, Suite 200
  Newport Beach, CA 92660

Amy L. Goldman (TR)
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
(213) 250-1800
*Trustee*

Alliance Bancorp, Inc
815 Commerce Dr.
Oak Brook, IL
60523

United States Trustee (SV)
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017
(213) 894-6811
*U.S. Trustee*

Judge Victoria S. Kaufman
U.S. Bankruptcy Court – Central District
(San Fernando Valley)
21041 Burbank Blvd.
Woodland Hills, CA 91367-6603

Deutsche Bank National Trust in
Alliance Bancorp Trust 2007 OA-1
c/o: Robert Garrett of    Law Firm of
                          Garrett & Tully
  225 South Lake, Suite 1400
  Pasadena, CA 91101

2

**PROOF OF SERVICE**