| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert Garrett, SBN 65886<br>rgarrett@garrett-tully.com<br>Tomas A. Ortiz, SBN 188873<br>tortiz@garrett-tully.com<br>GARRETT & TULLY, P.C.<br>225 S. Lake Ave., Suite 1400<br>Pasadena, California 91101-4869<br>Telephone: (626) 577-9500<br>Facsimile:  (626) 577-0813<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Def. Deutsche Bank Nat'l Trust Co. | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br>STEVEN MARK ROSENBERG,<br><br><br><br>Debtor(s). | CASE NO.:  1:17-bk-11748-VK<br>CHAPTER: 7<br>ADVERSARY NO.: 1:17-ap-01096-VK |
| STEVEN MARK ROSENBERG,<br><br><br><br>Plaintiff(s),<br><br>vs.<br><br>ALLIANCE BANCORP, INC (Estate), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., OCWEN LOAN SERVICING, ONE WEST BANK, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ALLIANCE BANCORP MORTGAGE BACKED PASS-THROUGH CERTIFICATE SERIES 2007-OA1 AND DOES 1 THROUGH 25, INCLUSIVE,<br><br><br>Defendants. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:**  *(title of motion[1])*:  [PROPOSED] ORDER DENYING PLAINTIFF'S APPLICATION FOR APPOINTMENT OF COUNSEL |

PLEASE TAKE NOTE that the order or judgment titled [PROPOSED] ORDER DENYING PLAINTIFF'S FOR APPOINTMENT OF COUNSEL was lodged on *(date)*  05/03/2018 and is attached.  This order relates to the motion which is docket number 34.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.



**Adversary LODGED ORDER UPLOAD FORM**

Thursday, May 03, 2018

<u>CONFIRMATION</u> :

Your Lodged Order Info:
( **5496003.docx** )
A new order has been added

- **Office**:  San Fernando Valley
- **Case Title**:  Rosenberg v. Deutsche Bank National Trust Company, As Trustee F
- **Case Number**:  17-01096
- **Judge Initial**:  VK
- **Case Type**:  ap ( Adversary )
- **Document Number**:  34
- **On Date**:  05/03/2018 @ 01:55 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

5/3/2018 1:55 PM

1  Robert Garrett, SBN 65886
   rgarrett@garrett-tully.com
2  Tomas A. Ortiz, SBN 188873
   tortiz@garrett-tully.com
3  GARRETT & TULLY, P.C.
   225 S. Lake Ave., Suite 1400
4  Pasadena, California 91101-4869
   Telephone: (626) 577-9500
5  Facsimile: (626) 577-0813

6  Attorneys for Defendant Deutsche Bank
   National Trust Company, as Trustee for
7  Alliance Bancorp Mortgage Backed Pass-
   Through Certificate Series 2007-OA1

8

9

10                  **UNITED STATES BANKRUPTCY COURT**

11      **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

12

13  In re                              Case No. 1:17-bk-11748-VK

14  STEVEN MARK ROSENBERG,             Chapter 7

15      Debtor.                        Adv No. 1:17-ap-01096-VK

16  STEVEN MARK ROSENBERG,             **[PROPOSED] ORDER DENYING
                                       PLAINTIFF'S APPLICATION FOR
17      Plaintiff,                     APPOINTMENT OF COUNSEL**

18      vs.

19  ALLIANCE BANCORP, INC (Estate),    Date:  May 2, 2018
    MORTGAGE ELECTRONIC               Time:  2:30 p.m.
20  REGISTRATION SYSTEMS, INC.,        Crtrm: 301
21  OCWEN LOAN SERVICING, ONE
    WEST BANK, DEUTSCHE BANK
22  NATIONAL TRUST COMPANY, AS
    TRUSTEE FOR ALLIANCE
23  BANCORP MORTGAGE BACKED
24  PASS-THROUGH CERTIFICATE
    SERIES 2007-OA1 AND DOES 1
25  THROUGH 25, INCLUSIVE,
26
        Defendants.
27

28

GARRETT & TULLY
A PROFESSIONAL CORPORATION

294343

1                         Case No. 1:17-ap-01096-VK
ORDER DENYING PLAINTIFF'S APPLICATION FOR APPOINTMENT OF COUNSEL.

GARRETT & TULLY
A PROFESSIONAL CORPORATION

1  The Application of plaintiff Steven Mark Rosenberg for appointment of

2  counsel under 11 U.S.C. § 1915(e)(1) came on regularly for hearing before the

3  Honorable Victoria Kaufman, on May 2, 2018, at 2:30 p.m., in Courtroom 301 of the

4  United States Bankruptcy Court, Central District of California. Steven Mark

5  Rosenberg appeared on behalf of himself in pro per. Tomas A. Ortiz, of Garrett &

6  Tully APC, appeared on behalf of defendant Deutsche Bank National Trust Company,

7  as Trustee for Alliance Bancorp Mortgage Backed Pass-Through Certificate Series

8  2007-OA1. Nicole S. Dunn of Wright, Finlay & Zak, LLP, appeared on behalf of

9  defendants Ocwen Loan Servicing, LLC and Mortgage Electronic Registration

10 Systems, Inc.

11  After considering the moving papers, opposing briefs, affidavit reply and the

12 oral argument made by counsel and Mr. Rosenberg,

13  IT IS HEREBY ORDERED that:

14  1.  The Application for Appointment of Counsel filed by plaintiff Steven

15 Mark Rosenberg is denied.

16

17  IT IS SO ORDERED

18

19

20

21

22 DATED: May ___, 2018

23

24

25  HON. VICTORIA S. KAUFMAN
    U.S. BANKRUPTCY COURT JUDGE

26

27

28

294343

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

225 S. Lake Avenue, Suite 1400 Pasadena, CA 91101

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE: [PROPOSED] ORDER DENYING PLAINTIFF'S APPLICATION FOR APPOINTMENT OF COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **05/04/18**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Amy L. Goldman (TR) marisol.jaramillo@lewisbribois.com; AGoldman@iq7technology.com; ustpregion16.wh.ecf@usdoj.gov; Marvin Adviento, Lukasz I. Wozniak, Def. Alliance Bancorp, Inc, Deutsche Bank Natl. Trust Co. as Trustee for Alliance Bancorp Mortgage Backed Pass-Through Certificate Series 2007-OAO1, Mortgage Electronic Registration Systems; Ocwen LLC; madivento@wrightlegal.net; mjohnson@wrightlegal.net; Lwozniak@wrightlegal.net

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **05/04/18**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Steven Mark Rosenberg
106-1/2 Judge John Aiso St., #225
Los Angeles, CA 90012

U.S. Trustee (SV)
915 Wilshire Blvd, Ste 1850
Los Angeles, CA 90017

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **05/04/18**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**

The Honorable Victoria S. Kaufman
United States Bankruptcy Court - Central District of California
21041 Burbank Blvd, Suite 354 / Courtroom 301
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 4, 2018 | Delorise Cameron | /s/ Delorise Cameron |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                      Page 2                    **F 9021-1.2.ADV.NOTICE.LODGMENT**