Robert Garrett, SBN 65886
rgarrett@garrett-tully.com
Tomas A. Ortiz, SBN 188873
tortiz@garrett-tully.com
GARRETT & TULLY, P.C.
225 S. Lake Ave., Suite 1400
Pasadena, California 91101-4869
Telephone: (626) 577-9500
Facsimile: (626) 577-0813

Attorneys for Defendant Deutsche Bank National Trust Company, as Trustee for Alliance Bancorp Mortgage Backed Pass-Through Certificate Series 2007-OA1

**FILED & ENTERED**

**MAY 14 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>STEVEN MARK ROSENBERG,<br><br>Debtor.<br><br>STEVEN MARK ROSENBERG,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANCE BANCORP, INC (Estate), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., OCWEN LOAN SERVICING, ONE WEST BANK, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ALLIANCE BANCORP MORTGAGE BACKED PASS-THROUGH CERTIFICATE SERIES 2007-OA1 AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No. 1:17-bk-11748-VK<br><br>Chapter 7<br><br>Adv No. 1:17-ap-01096-VK<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION FOR APPOINTMENT OF COUNSEL**<br><br>Date:   May 2, 2018<br>Time:  2:30 p.m.<br>Crtrm: 301 |

The Application of plaintiff Steven Mark Rosenberg for appointment of counsel under 11 U.S.C. § 1915(e)(1) came on regularly for hearing before the Honorable Victoria Kaufman, on May 2, 2018, at 2:30 p.m., in Courtroom 301 of the United States Bankruptcy Court, Central District of California. Steven Mark Rosenberg appeared on behalf of himself in pro per. Tomas A. Ortiz, of Garrett & Tully APC, appeared on behalf of defendant Deutsche Bank National Trust Company, as Trustee for Alliance Bancorp Mortgage Backed Pass-Through Certificate Series 2007-OA1. Nicole S. Dunn of Wright, Finlay & Zak, LLP, appeared on behalf of defendants Ocwen Loan Servicing, LLC and Mortgage Electronic Registration Systems, Inc.

After considering the moving papers, opposing briefs, affidavit reply and the oral argument made by counsel and Mr. Rosenberg, *and for the reasons stated in the Court's ruling [doc. 40]*,

IT IS HEREBY ORDERED that:

1. The Application for Appointment of Counsel filed by plaintiff Steven Mark Rosenberg is denied.

###

Date: May 14, 2018

Victoria S. Kaufman
United States Bankruptcy Judge