**WRIGHT, FINLAY & ZAK, LLP**
T. Robert Finlay, Esq., SBN 167280
Nicole S. Dunn, Esq., SBN 213550
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone: (949) 477-5050; Facsimile: (949) 608-9142

Attorneys for Defendants, Ocwen Loan Servicing, LLC and Mortgage Electronic Registration Systems, Inc.

FILED & ENTERED

MAY 14 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: STEVEN MARK ROSENBERG, Debtor. | Bankruptcy Case No. 1:17-bk-11748-VK<br>Chapter 7<br><br>Adversary Case No. 1:17-ap-01096-VK |
| STEVEN MARK ROSENBERG,<br><br>            Plaintiff,<br>v.<br><br>ALLIANCE BANCORP, INC (Estate), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., OCWEN LOAN SERVICING, ONE WEST BANK, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ALLIANCE BANCORP MORTGAGE BACKED PASS-THROUGH CERTIFICATE SERIES 2007-OA1 AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>            Defendants. | **JUDGMENT FOLLOWING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hearing:<br>Date:    May 2, 2018<br>Time:    2:30 p.m.<br>Crtrm:   301 |

1
JUDGMENT FOLLOWING DEFENDANTS' MOTION FOR JUDGMENT
ON THE PLEADINGS

1     The Motion for Judgment on the Pleadings of Defendants, Ocwen Loan Servicing, LLC and Mortgage Electronic Registration Systems, Inc. ("Defendants"), as to the Complaint of Plaintiff, Steven Mark Rosenberg ("Plaintiff"), came on regularly for hearing on May 2, 2018, at 2:30 p.m. in Courtroom "301" of the above-entitled Court, located at 21041 Burbank Blvd., Courtroom 301, Woodland Hills, California.

    Having considered the papers submitted by the parties and having given the parties the opportunity to present oral argument, the Court ORDERED as follows:

1. Defendants' Motion for Judgment on the Pleadings is GRANTED without leave to amend.
2. Judgment on Plaintiff's Complaint shall be entered in favor of Defendants, Ocwen Loan Servicing, LLC and Mortgage Electronic Registration Systems, Inc.;
3. Plaintiff's entire action against Defendants is DISMISSED with prejudice;
4. Plaintiff shall take nothing by the Complaint;
5. This is a final judgment.

###

Date: May 14, 2018

*Victoria S. Kaufman*
United States Bankruptcy Judge