WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Nicole S. Dunn, Esq., SBN 213550
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone: (949) 477-5050; Facsimile: (949) 608-9142

Attorneys for Defendants, Ocwen Loan Servicing, LLC
and Mortgage Electronic Registration Systems, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: STEVEN MARK ROSENBERG, Debtor. | Bankruptcy Case No. 1:17-bk-11748-VK<br>Chapter 7<br><br>Adversary Case No. 1:17-ap-01096-VK |
| STEVEN MARK ROSENBERG,<br><br>Plaintiff,<br>v.<br><br>ALLIANCE BANCORP, INC (Estate), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., OCWEN LOAN SERVICING, ONE WEST BANK, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ALLIANCE BANCORP MORTGAGE BACKED PASS-THROUGH CERTIFICATE SERIES 2007-OA1 AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | **AMENDED NOTICE BY DEFENDANTS OCWEN LOAN SERVICING, LLC AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. OF JOINDER AND JOINDER IN THE MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 11, AND FEDERAL RULES OF BANKRUPTCY PROCEDURE, RULE 9011 AGAINST PLAINTIFF**<br><br>Hearing:<br>Date:  December 5, 2018<br>Time:  2:30 p.m.<br>Crtrm:  301 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants, Ocwen Loan Servicing, LLC and Mortgage Electronic Registration Systems, Inc. ("Defendants") herby join in the Notice and Motion for Sanctions pursuant to Federal Rules of Civil Procedure, Rule 11, and Federal Rules of Bankruptcy Procedure, Rule 9011 against Plaintiff, Steven Mark Rosenberg ("Plaintiff") filed by Defendant Deutsche Bank National Trust Company, as Trustee for Alliance Bancorp Mortgage Backed Pass-Through Certificate Series 2007-OA1 ("Deutsche Bank") on September 7, 2018 and each of the arguments and authorities found therein. (See, Dkt. No. 61). Defendants also join in the Request for Judicial Notice and the Appendix of Exhibits filed in support of the Motion for Sanctions. (Dkt. No. 62).

Defendants do not seek monetary sanctions against Plaintiff.  However, Defendants do seek a non-monetary order against Plaintiff in the form of the striking of Rosenberg's frivolous notice of motion and motion to alter or amend judgment.

By way of his adversary proceeding, Plaintiff sought damages and declaratory relief by challenging the recorded assignments of Deed of Trust, alleging violations of FRBP 3001 for failure to file a proof of claim and alleging fraud by concealing a broken chain of assignments. (Dkt. No. 1). The allegations against Defendants were identical to the allegations asserted against Deutsche Bank. *Id*. Defendants filed a Motion for Judgment on the Pleadings ("MJOP")(Dkt. Nos. 15-19) which Deutsche Bank joined. (Dkt. No. 26). This court granted the MJOP and entered a judgment in favor of Defendants and Deutsche Bank on June 7, 2018. (Dkt. No. 56).

Plaintiff then filed his Motion to Alter or Amend the Judgment (Dkt. No. 58) which is frivolous, without factual or legal merit, and an improper use of a Rule 59(e) motion as set forth in the instant Motion for Sanctions (Dkt Nos. 61-62).  In short, Plaintiff's Motion to Alter or Amend the Judgment is an improper use of a

Rule 59(e) motion because there is no new evidence; there is no new law; and, nothing in the motion remotely establishes that the court's decision was a product of "clear error" or "manifestly unjust." *Id*. Deutsche Bank's Motion for Sanctions correctly sets forth the applicable law and arguments. The law cited and arguments made by Deutsche Bank are fully applicable to Defendants. Accordingly, Defendants incorporate the Motion for Sanctions filed by Deutsche Bank in its entirety herein by reference.

For the reasons stated above and for all the reasons stated in Deutsche Bank's Motion for Sanctions, Defendants respectfully request non-monetary sanctions in the form of the striking of Plaintiff's frivolous Notice of Motion and Motion to Alter or Amend Judgment.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: September 14, 2018    By:    /s/ *Nicole S. Dunn*
T. Robert Finlay, Esq.
Nicole S. Dunn, Esq.
Attorneys for Defendants, Ocwen Loan Servicing, LLC and Mortgage Electronic Registration Systems, Inc.

# PROOF OF SERVICE

I, Jovete Elguira, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On September 14, 2018, I served the within **AMENDED NOTICE BY DEFENDANTS OCWEN LOAN SERVICING, LLC AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. OF JOINDER AND JOINDER IN THE MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 11, AND FEDERAL RULES OF BANKRUPTCY PROCEDURE, RULE 9011 AGAINST PLAINTIFF** on all interested parties in this action as follows:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**[SEE ATTACHED SERVICE LIST]**

[X]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[X]   (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[X]   (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14, 2018, at Newport Beach, California.

_____
Jovete Elguira

1
**PROOF OF SERVICE**

**ATTACHED SERVICE LIST**

Steven Mark Rosenberg
15814 Septo Street
North Hills, CA 91343
*Plaintiff Pro Se*

Robert Garnett, Esq.
Tomas A. Ortiz, Esq.
GARRETY & TULLY, P.C.
225 S. Lake Ave., Suite 1400
Pasadena, CA 91101-4869
*Attorneys for Deutsche Bank National Trust Co.*

Kristin Webb, Esq.
**BRYAN CAVE LLP**
3161 Michelson Drive, Suite 1500
Irvine, CA 92612
(949) 223-7000; FAX (949) 223-7100
webbk@bryancave.com
*Attorney for Cit Bank, N.A.*

Amy L. Goldman (**TR**)
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
(213) 250-1800
*Trustee*

United States Trustee (SV)
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017
(213) 894-6811
*U.S. Trustee*

Judge Victoria S. Kaufman
U.S. Bankruptcy Court – Central District
(San Fernando Valley)
21041 Burbank Blvd.
Woodland Hills, CA 91367-6603