**FILED** OCT 26 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER 7.00

APPEAL? ☐ Yes ☒ No
APPEAL No. n/a (if known)

(File this form on the related case docket)

**Ordering Party's Name:** Steven Mark Rosenberg     **Attorney Bar#** N/A

**Law Firm:** N/A

**Mailing Address:** 106 1/2 Judge John Aiso Street, Unit #225
Los Angeles, CA 90012

**Person to Contact** (If Judge-ordered: Transcriber to contact Procurement**): Steven Rosenberg

**Telephone:** (310) 971-5037     **E-mail:** stevenrosenberg37@gmail.com

**Bankruptcy Case #:** 1:17-11748     **Adversary Proceeding #/MP #:** 1:17-01096

**Date of Hearing** (complete a SEPARATE form for EACH hearing date): May 2, 2018  **Time:** 2:30 pm

**Debtor:** Steven Mark Rosenberg

**Adversary Proceeding Name:** Rosenberg  vs.  Deutsche Bank National Trust Company, et al

**Hearing Judge:** V. Kaufman     **Courtroom #:** SV 301

**TRANSCRIBER:** Echo Reporting     **ALTERNATE:** Ben Hyatt

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**     NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)   ☐ 3 Days         ☐ Entire Hearing
☐ 14 Days              ☐ Daily (24 hours) ☐ Ruling/Opinion of Judge only
☒ 7 Days                                  ☐ Testimony of Witness _____
                                          ☒ Other*                (name of witness)

*Special Instructions: Docket # 17 - Defendants Motion For Judgement on the Pleadings

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions, Transcript Costs/Forms of Payment.*

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript**: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #):_____Time End (Index #):_____Time Start:_____Time End:_____

(Tape #:____)Time Start (Index #):_____Time End (Index #):_____Time Start:_____Time End:_____

Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote **prior** to transcribing.

*Rev. June 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*