**FILED & ENTERED**

DEC 17 2018

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Ogier      **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>STEVEN MARK ROSENBERG,<br><br><br>Debtor(s).<br><br>STEVEN MARK ROSENBERG,<br><br>Plaintiff(s),<br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, ET AL.,<br><br><br>Defendant(s). | Chapter 7<br><br>Case No.:  1:17-bk-11748-VK<br>Adv. No:   1:17-ap-01096-VK<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR SANCTIONS AGAINST PLAINTIFF STEVEN MARK ROSENBERG PURSUANT TO FRCP RULE 11 AND FRBP RULE 9011**<br><br>Date:   December 12, 2018<br>Time:  2:30 p.m.<br>Place:  Courtroom 301<br>            21041 Burbank Blvd.<br>            Woodland Hills, CA  91367 |

On September 7, 2018, Deutsche Bank National Trust Company ("Deutsche Bank") filed a motion to sanction Steven mark Rosenberg ("Plaintiff") under Fed. R. Bankr. P. 9011 (the "Motion") [doc. 61]. On September 14, 2018, Ocwen Loan Servicing, Inc. ("Ocwen") and

1  MERS Mortgage Electronic Registration Systems, Inc. ("MERS," and collectively with Dutsche
2  Bank and Ocwen, "Defendants"). On November 20, 2018, Plaintiff filed two responses to the
3  Motion (together, the "Response") [docs. 72, 73].
4      On December 12, 2018 at 3:30 p.m., the Court held a hearing on the Motion, the
5  Honorable Victoria S. Kaufman, United States Bankruptcy Judge, presiding.  Appearances were
6  as noted in the record. The Court, having considered the Motion, the Response and for good
7  cause appearing, it is hereby
8      ORDERED, that the Motion is denied for the reasons set forth in the Court's final ruling
9  [doc. 81].
10     ###

24  Date: December 17, 2018

Victoria S. Kaufman
United States Bankruptcy Judge