United States Bankruptcy Court
Central District of California

Rosenberg,
    Plaintiff                                                    Adv. Proc. No. 17-01096-VK

Deutsche Bank National Trust Company, As,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-1         User: admin              Page 1 of 1           Date Rcvd: Dec 17, 2018
                             Form ID: pdf031          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2018.
```
aty          +Nicole S Dunn,    Wright Finlay & Zak,    4665 MacArthur Ct Ste 280,
               Newport Beach, CA 92660-1811
aty          +T Robert Finlay,    4665 McArthur Ct Ste 280,    Newport Beach, CA 92660-1819
dft           Alliance Bancorp Estate Trustee Charles A. Stanzia,    100 Mulberry St Four Gateway Center,
               Newark, NJ  07102
dft          +Alliance Bancorp, Inc,    815 Commerce Dr,    Oak Brook, IL 60523-8838
dft          +Deutsche Bank National Trust Company, As Trustee F,    6409 Congress Ave Suite 100,
               Boca Raton, FL 33487-2853
dft          +MERS Mortage Electronic Registration Systems, Inc,    1818 Library St Suite 300,
               Reston, VA 20190-6280
dft           Ocwen Loan Servicing, Inc,    PO Box 24781,    West Palm Beach, FL  33416-4781
pla          +Steven Mark Rosenberg,    15814 Septo St,    North Hills, CA 91343-1677
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
dft          +E-mail/Text: EBN_Notifications@OWB.com Dec 18 2018 03:58:47     One West Bank,
               888 East Walnut St,    Pasadena, CA 91101-1895
                                                                                            TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DOES 1 through 25, inclusive
dft             DOES 1 through 25, inclusive
                                                                                          TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2018 at the address(es) listed below:
```
              Amy L Goldman (TR)    marisol.jaramillo@lewisbrisbois.com, AGoldman@iq7technology.com
              Lukasz I Wozniak    on behalf of Defendant    MERS Mortage Electronic Registration Systems, Inc
               Lwozniak@wrightlegal.net
              Lukasz I Wozniak    on behalf of Defendant    Deutsche Bank National Trust Company, As Trustee For
               Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01
               Lwozniak@wrightlegal.net
              Lukasz I Wozniak    on behalf of Defendant    Ocwen Loan Servicing, Inc Lwozniak@wrightlegal.net
              Marvin B Adviento    on behalf of Defendant    Deutsche Bank National Trust Company, As Trustee For
               Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01
               madviento@wrightlegal.net,    ggrant@wrightlegal.net;sbennett@wrightlegal.net
              Marvin B Adviento    on behalf of Defendant    Alliance Bancorp, Inc madviento@wrightlegal.net,
               ggrant@wrightlegal.net;sbennett@wrightlegal.net
              Marvin B Adviento    on behalf of Defendant    MERS Mortage Electronic Registration Systems, Inc
               madviento@wrightlegal.net,    ggrant@wrightlegal.net;sbennett@wrightlegal.net
              Marvin B Adviento    on behalf of Defendant    Ocwen Loan Servicing, Inc madviento@wrightlegal.net,
               ggrant@wrightlegal.net;sbennett@wrightlegal.net
              Tomas A Ortiz    on behalf of Defendant    Deutsche Bank National Trust Company, As Trustee For
               Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01
               tortiz@garrett-tully.com
              United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                             TOTAL: 10
```

**FILED & ENTERED**

**DEC 17 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Ogier      DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>STEVEN MARK ROSENBERG,<br><br>Debtor(s).<br><br>STEVEN MARK ROSENBERG,<br><br>Plaintiff(s),<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, ET AL.,<br><br>Defendant(s). | Chapter 7<br><br>Case No.:  1:17-bk-11748-VK<br>Adv. No:   1:17-ap-01096-VK<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR SANCTIONS AGAINST PLAINTIFF STEVEN MARK ROSENBERG PURSUANT TO FRCP RULE 11 AND FRBP RULE 9011**<br><br>Date:   December 12, 2018<br>Time:  2:30 p.m.<br>Place:  Courtroom 301<br>            21041 Burbank Blvd.<br>            Woodland Hills, CA  91367 |

On September 7, 2018, Deutsche Bank National Trust Company ("Deutsche Bank") filed a motion to sanction Steven mark Rosenberg ("Plaintiff") under Fed. R. Bankr. P. 9011 (the "Motion") [doc. 61]. On September 14, 2018, Ocwen Loan Servicing, Inc. ("Ocwen") and

-1-

1  MERS Mortgage Electronic Registration Systems, Inc. ("MERS," and collectively with Dutsche
2  Bank and Ocwen, "Defendants"). On November 20, 2018, Plaintiff filed two responses to the
3  Motion (together, the "Response") [docs. 72, 73].
4      On December 12, 2018 at 3:30 p.m., the Court held a hearing on the Motion, the
5  Honorable Victoria S. Kaufman, United States Bankruptcy Judge, presiding.  Appearances were
6  as noted in the record. The Court, having considered the Motion, the Response and for good
7  cause appearing, it is hereby
8      ORDERED, that the Motion is denied for the reasons set forth in the Court's final ruling
9  [doc. 81].
10                                        ###

Date: December 17, 2018

Victoria S. Kaufman
United States Bankruptcy Judge