| | |
|---|---|
| **Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address**<br><br>Steven Mark Rosenberg<br>106 1/2 Judge John Aiso Street, PMB 225<br>Los Angeles, CA 90012<br>Tel: 1-714-760-3617<br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for:* | **FOR COURT USE ONLY**<br><br>**FILED**<br>**DEC 2 0 2018**<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:            Deputy Clerk |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Steven Mark Rosenberg<br><br><br><br><br><br><br><br>                                                  Debtor(s). | CASE NO.: 2:18-cv-10188-AG<br>CHAPTER: 7<br>ADVERSARY NO.: 1:17-ap-01096-vk<br>(if applicable)<br>DATE NOTICE OF APPEAL FILED: 12/06/18<br>DATE NOTICE OF CROSS APPEAL FILED:<br>APPEAL DOCKET ENTRY NO.: 78 |
| Steven Mark Rosenberg<br><br><br>                                                  Plaintiff(s),<br>vs.<br>Alliance Bancorp (Estate), Mortgage Eletronic Systems (MERS), OCWEN LOAN SERVICING, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ALLIANCE BANCORP MORTGAGE BACKED PASS-THROUGH CERTIFICATE SERIES 2007-OA1<br>                                                  Defendant(s). | **NOTICE OF TRANSCRIPT(S) DESIGNATED FOR AN APPEAL** |

Notice is given to the court and other parties in interest that the following action was taken:

☐     I do not intend to designate any portion of the transcript(s).

☒     I requested a copy of the transcript(s).

   1. Hearing date (*specify*) __03/14/2018__ and time (*specify*) __1:30 pm__ of transcript requested.
      Date (*specify*) __12/20/2018__ transcript was requested.

   2. Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
      Date (*specify*) _____ transcript was requested.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                                    Page 1                                        F 8004-1.1.NOTICE.TRANSCRIPT

3. Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
   Date (*specify*) _____ transcript was requested.

4. Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
   Date (*specify*) _____ transcript was requested.

5. Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
   Date (*specify*) _____ transcript was requested.

[X]  I intend to designate the following transcript(s) previously docketed:

1. Hearing date (*specify*) 01/24/2018 of designated transcript.
   Docket entry number of designated transcript (*specify*) 21

2. Hearing date (*specify*) 05/02/2018 of designated transcript.
   Docket entry number of designated transcript (*specify*) 71

3. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript (*specify*) _____

4. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript (*specify*) _____

5. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript (*specify*) _____

Date: 12/20/2018

N/A
Printed name of law firm

*Steven Mark Rosenberg* (signature)
Signature

Steven Mark Rosenberg
Printed name

In Pro Per
Attorney for (*specify*)

Instructions

This Notice **cannot** be used to order a transcript. To order a transcript, use the court approved Transcript Order Form on the court's website at www.cacb.uscourts.gov/transcripts.

This Notice must be served on opposing counsel and filed with the court within 14 days of the filing of the Notice of Appeal.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                    Page 2                          F 8004-1.1.NOTICE.TRANSCRIPT

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15814 Septo Street
North Hills, CA
91343

A true and correct copy of the foregoing document entitled: **NOTICE OF TRANSCRIPT(S) DESIGNATED FOR AN APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* 12/20/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be completed** no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* 12/20/18, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge **will be completed** no later than 24 hours after the document is filed.

United States District Judge
Honorable Andrew J. Guilford
Courtroom 10 D
Santa Ana Division, Central District
411 West Fourth Street
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/20/2018 | Lorena Rosenberg | *Lorena Rosenberg* |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## ATTACHED SERVICE LIST

MERS (Mortgage Electronic Registration Systems, Inc.)
Attn: T. Robert Finlay, Partner
Cc: Nicole Dunn, Esq.
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660

Ocwen Loan Servicing, Inc.
c/o T. Robert Finlay, Partner
Cc: Nicole Dunn, Esq.
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660

United States Trustee (SV)
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017
213-894-6811
U.S. Trustee

Deutsche Bank National Trust in
Alliance Bancorp Trust 2007 OA-1
c/o Robert Garrett of Law Firm of Garrett & Tully
225 S. Lake, Suite 1400
Pasadena, CA 91101