Robert Garrett, SBN 65886
rgarrett@garrett-tully.com
Zi C. Lin, SBN 236989
zlin@garrett-tully.com
GARRETT & TULLY, P.C.
225 S. Lake Ave., Suite 1400
Pasadena, California 91101-4869
Telephone: (626) 577-9500
Facsimile:  (626) 577-0813

Attorneys for Appellee and Defendant Deutsche Bank National Trust Company, as Trustee for Alliance Bancorp Mortgage Backed Pass-Through Certificate Series 2007-OA1

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>STEVEN MARK ROSENBERG,<br><br>Debtor.<br><br>STEVEN MARK ROSENBERG,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANCE BANCORP, INC (Estate), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., OCWEN LOAN SERVICING, ONE WEST BANK, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ALLIANCE BANCORP MORTGAGE BACKED PASS-THROUGH CERTIFICATE SERIES 2007-OA1 AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | District Court Case No.: 2:18-cv-10188-AG<br><br>(Honorable Andrew J. Guilford)<br><br>US Bankruptcy Court Case No.: Case No. 1:17-bk-11748-VK<br><br>Chapter 7<br><br>Adversary Case No. 1:17-ap-01096-VK<br><br>**COUNTER-DESIGNATION OF RECORD OF APPELLEE DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ALLIANCE BANKCORP MORTGAGE BACKED PASS THROUGH CERTIFICATE SERIES 2007-OA01** |

Pursuant to Federal Rule of Bankruptcy Procedure 8009, appellee and defendant Deutsche Bank National Trust Company, as Trustee for Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01 ("Deutsche Bank") hereby makes the following counter-designation of additional items to be included in the record on appeal in connection with the Notice of Appeal filed by Steven Mark Rosenberg on December 6, 2018 [Dkt. No. 78].[1]

|    | Filing Date | Docket No. | Item |
|----|-------------|------------|------|
| 1. | 02/13/2018  | 16         | Motion for Judgment on the Pleadings |
| 2. | 02/13/2018  | 17         | Request for Judicial Notice in Support of Motion for Judgment on the Pleadings |
| 3. | 02/26/2018  | 21         | Transcript of January 24, 2018 Hearing |
| 4. | 03/12/2018  | 26         | Notice by Deutsche Bank of Joinder in Motion for Judgment on the Pleadings (Dkt. No. 16) and Request for Judicial Notice (Dkt. No. 17) |
| 5. | 03/12/2018  | 27         | Transcript of January 24, 2018 Hearing |
| 6. | 03/28/2018  | 32         | Reply re: Motion for Judgment on the Pleadings |
| 7. | 03/29/2018  | 33         | Notice of Joinder by Deutsche Bank to Reply in Support of Motion for Judgment on the Pleadings |
| 8. | 05/02/2018  | 41         | PDF re Court's Ruling at Hearing Held on May 2, 2018 |
| 9. | 05/04/2018  | 47         | Notice of Lodgment of Judgment Following Defendants' Motion for Judgment on the Pleadings |

---

[1] Rosenberg has filed his Notice of Appeal not as plaintiff in the adversary proceeding, but rather "on behalf of the Estate of Isadore Rosenberg." (See, Notice of Appeal [Dkt. No. 78].) Neither Isadore Rosenberg nor her estate is a party to the adversary proceeding nor is either a debtor in the bankruptcy case. Neither Isadore Rosenberg, nor her estate, have any standing to appeal any decision or ruling entered by the Bankruptcy Court in this adversary proceeding.

GARRETT & TULLY
A PROFESSIONAL CORPORATION
320191

| | | | |
|---|---|---|---|
| 10. | 05/14/2018 | 50 | Judgment Following Defendants' Motion for Judgment on the Pleadings |
| 12. | 05/16/2018 | 51 | Notice of Lodgment of Amended Order Granting Defendants' Motion for Judgment on the Pleadings |
| 13. | 05/16/2018 | 52 | Notice of Lodgment of Amended Judgment Following Defendants' Motion for Judgment on the Pleadings |
| 14. | 06/11/2018 | 58 | Motion to Alter or Amend Judgment |
| 15. | 09/05/2018 | 60 | Declaration in Support of Plaintiff's Motion to Alter or Amend Judgment |
| 16. | 11/02/2018 | 71 | Transcript of May 2, 2018 Hearing |

DATED:  January 3, 2019

GARRETT & TULLY, P.C.
Robert Garrett
Zi C. Lin


/s/ Zi C. Lin
ZI C. LIN
Attorneys for Defendant Deutsche Bank National Trust Company, as Trustee for Alliance Bancorp Mortgage Backed Pass-Through Certificate Series 2007-OA1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
225 S. Lake Avenue, Suite 1400 Pasadena, CA 91101

A true and correct copy of the foregoing document entitled (*specify*): **COUNTER-DESIGNATION OF RECORD OF APPELLEE DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ALLIANCE BANKCORP MORTGAGE BACKED PASS THROUGH CERTIFICATE SERIES 2007-OA01** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **1/03/19**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Amy L. Goldman (TR) marisol.jaramillo@lewisbribois.com; AGoldman@iq7technology.com; ustpregion16.wh.ecf@usdoj.gov; Marvin Adviento, Lukasz I. Wozniak, Def. Alliance Bancorp, Inc, Deutsche Bank Natl. Trust Co. as Trustee for Alliance Bancorp Mortgage Backed Pass-Through Certificate Series 2007-OAO1, Mortgage Electronic Registration Systems; Ocwen LLC; madivento@wrightlegal.net; mjohnson@wrightlegal.net; Lwozniak@wrightlegal.net

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **1/03/19**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Steven Mark Rosenberg | U.S. Trustee (SV) |
| 106-1/2 Judge John Aiso St., #225 | 915 Wilshire Blvd, Ste 1850 |
| Los Angeles, CA 90012 | Los Angeles, CA 90017 |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **1/03/19**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**

The Honorable Victoria S. Kaufman
United States Bankruptcy Court - Central District of California
21041 Burbank Blvd, Suite 354 / Courtroom 301
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 3, 2019 | Delorise Cameron | /s/ Delorise Cameron |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**