WRIGHT, FINLAY & ZAK, LLP
Jonathan D. Fink, Esq., SBN 110615
Nicole S. Dunn, Esq., SBN 213550
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone: (949) 477-5050; Facsimile: (949) 608-9142
ndunn@wrightlegal.net

Attorneys for Appellees and Defendants, Ocwen Loan Servicing, LLC
and Mortgage Electronic Registration Systems, Inc.

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: STEVEN MARK ROSENBERG, Debtor. | District Court Case No.: 2:18-cv-10188-AG <br><br> (Honorable Andrew J. Guilford) |
| STEVEN MARK ROSENBERG, <br><br> Plaintiff, <br> v. <br><br> ALLIANCE BANCORP, INC (Estate), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., OCWEN LOAN SERVICING, ONE WEST BANK, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ALLIANCE BANCORP MORTGAGE BACKED PASS-THROUGH CERTIFICATE SERIES 2007-OA1 AND DOES 1 THROUGH 25, INCLUSIVE, <br><br> Defendants. | US Bankruptcy Court Case No.: Case No. 1:17-bk-11748-VK <br><br> Chapter 7 <br><br> Adversary Case No. 1:17-ap-01096-VK <br><br> **COUNTER-DESIGNATION OF RECORD FOR APPELLEES OCWEN LOAN SERVICING, LLC AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |

1

COUNTER-DESIGNATION OF RECORD FOR APPELLEES OCWEN LOAN SERVICING, LLC AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy 8009, Appellees and Defendants, Ocwen Loan Servicing, LLC and Mortgage Electronic Registration Systems, Inc. ("Appellees" or "Defendants") hereby make the following counter-designation of additional items to be included in the record on appeal in connection with the Notice of Appeal filed by Steven Mark Rosenberg on December 6, 2018 [Dkt. No 78].[1]

|    | Filing Date | Docket No. | Item |
|----|-------------|------------|------|
| 1. | 2/13/2018   | 15         | Notice of Hearing on Motion for Judgment on the Pleadings |
| 2. | 2/13/2018   | 16         | Motion for Judgment on the Pleadings |
| 3. | 2/13/2018   | 17         | Request for Judicial Notice in Support of Motion for Judgment on the Pleadings |
| 4. | 3/12/2018   | 27         | Transcript regarding Hearing Held January 24, 2018 |
| 5. | 3/28/2018   | 32         | Reply to Motion for Judgment on the Pleadings |
| 6. | 5/2/2018    | 41         | Courts' Ruling on Motion for Judgment on the Pleadings held on May 2, 2018 |

---

[1] Rosenberg has filed his Notice of Appeal not as plaintiff in the adversary proceeding, but rather "on behalf of the Estate of Isadore Rosenberg." (See, Notice of Appeal [Dkt. No. 78].) Neither Isadore Rosenberg nor her estate is a party to the adversary proceeding nor is either a debtor in the bankruptcy case from which the adversary proceeding has arisen. Neither Isadore Rosenberg, nor her estate, have any standing to appeal any decision or ruling entered by the Bankruptcy Court in this adversary proceeding.

| 7. | 5/4/2018 | 47 | Notice of Lodgment of Judgment Following Defendants' Motion for Judgment on the Pleadings |
|---|---|---|---|
| 8. | 5/14/2018 | 49 | Order Granting Defendants' Motion for Judgment on the Pleadings |
| 9. | 5/14/2018 | 50 | Judgment Following Defendants' Motion for Judgment on the Pleadings |
| 10. | 5/16/2018 | 51 | Notice of Lodgment of Amended Order Granting Defendants' Motion for Judgment on the Pleadings |
| 11. | 5/16/2018 | 52 | Notice of Lodgment of Amended Judgment Granting Defendants' Motion for Judgment on the Pleadings |
| 12. | 6/7/2018 | 56 | Order Amended Judgment Following Defendants' Motion for Judgment on the Pleadings |
| 13. | 6/11/2018 | 58 | Motion to Amend and Notice of Motion to Alter or Amend Judgment |
| 14. | 9/5/2018 | 60 | Declaration in Support of Plaintiff's Motion to Alter or Amend Judgment |
| 15. | 11/2/2018 | 71 | Transcript regarding Hearing Held on May 2, 2018 re Defendants' Motion for Judgment on the Pleadings |

| 16. | 11/21/2018 | 74 | Order Denying Debtor's Motion to Alter or Amend Judgment |

                                            Respectfully submitted,

                                            WRIGHT, FINLAY & ZAK, LLP

Dated: January 3, 2019        By:    /s/ *Nicole S. Dunn*
                                                    Jonathan D. Fink, Esq.
                                                    Nicole S. Dunn, Esq.
                                                    Attorneys for Defendants, Ocwen Loan Servicing, LLC and Mortgage Electronic Registration Systems, Inc.

COUNTER-DESIGNATION OF RECORD FOR APPELLEES OCWEN LOAN SERVICING, LLC AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# PROOF OF SERVICE

I, Jovete Elguira, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On January 3, 2019, I served the within **COUNTER-DESIGNATION OF RECORD FOR APPELLEES OCWEN LOAN SERVICING, LLC AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** on all interested parties in this action as follows:

[X]  by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**[SEE ATTACHED SERVICE LIST]**

[X]  (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[X]  (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[X]  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 3, 2019, at Newport Beach, California.

_____
Jovete Elguira

**ATTACHED SERVICE LIST**

Steven Mark Rosenberg
15814 Septo Street
North Hills, CA 91343
*Plaintiff Pro Se*

Steven Mark Rosenberg
106 ½ Judge John Aiso St. PMB 225
Los Angeles, CA 90012
*Plaintiff Pro Se*

Robert Garnett, Esq.
Tomas A. Ortiz, Esq.
GARRETY & TULLY, P.C.
225 S. Lake Ave., Suite 1400
Pasadena, CA 91101-4869
*Attorneys for Deutsche Bank National Trust Co.*

Kristin Webb, Esq.
**BRYAN CAVE LLP**
3161 Michelson Drive, Suite 1500
Irvine, CA 92612
(949) 223-7000; FAX (949) 223-7100
webbk@bryancave.com
*Attorney for Cit Bank, N.A.*

Amy L. Goldman (**TR**)
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
(213) 250-1800
*Trustee*

United States Trustee (SV)
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017
(213) 894-6811
*U.S. Trustee*

Judge Victoria S. Kaufman
U.S. Bankruptcy Court – Central District
(San Fernando Valley)
21041 Burbank Blvd.
Woodland Hills, CA 91367-6603

2
**PROOF OF SERVICE**