**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED FEB -7 2019 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: ___ Deputy Clerk

| In re:<br>Steven Mark Rosenberg<br><br>Debtor(s) | BAP/USDC NO.: 2:18-cv-10188<br>CASE NO.: 1:17-bk-11748-VK<br>ADVERSARY NO.: 1:17-ap-01096-VK<br>APPEAL DOCKET ENTRY NO.: 78 |
|---|---|
| Steven Mark Rosenberg<br><br>Plaintiff(s)<br>vs.<br>Deutsche Bank National Trust Company, As Trustee for Alliance Bankcorp Mortgage Backed Pass Through Certificate Series 2007-OA01<br><br>Defendant(s) | **CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL** |

To the Clerk of the:
- ☐ Bankruptcy Appellate Panel of the Ninth Circuit
- ☒ U.S. District Court
- ☐ U.S. Court of Appeals for the Ninth Circuit

Attorney of Record for Appellant:
Pro Se

Attorney of Record for Appellee:
T Robert Finlay

    The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:
- ☒ All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.
- ☐ No transcripts were requested by either the Appellant or Appellee.
- ☐ Statement of Evidence in Lieu of Transcript

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date: 02/07/2019    By: _____
                                      Deputy Clerk

## CERTIFICATE OF READINESS SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

   ☐ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
   ☒ United States District Court at bkappeal_cacd@cacd.uscourts.gov

   Office of the U.S. Trustee

   ☐ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
   ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
   ☐ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
   ☒ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
   ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

   Other Parties Served by NEF:

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

   Steven Mark Rosenberg
   15814 Septo St
   North Hills, CA 91343

   One West Bank
   888 East Walnut St
   Pasadena, CA 91101

   T Robert Finlay
   4665 McArthur Ct Ste 280
   Newport Beach, CA 92660

   Nicole S Dunn
   Wright Finlay & Zak
   4665 MacArthur Ct Ste 280
   Newport Beach, CA 92660