UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES – GENERAL

| Case No. | CV 18-10188-AG | Date | April 1, 2019 |
|---|---|---|---|
| Title | In Re Steven Mark Rosenberg | | |

PRESENT:

**HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                      None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

This appeal was filed on December 7, 2018. On March 15, 2019, the Court issued a minute order which ordered Appellant to show cause in writing on or before March 27, 2019 why this action should not be dismissed for lack of prosecution. Appellant has failed to respond to the Court's Order. Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The Court further orders the Order to Show Cause [18] issued on March 15, 2019 discharged.

                                                                                                        -      :      -

                                                                            Initials of Deputy Clerk   mku

**CC:**    BANKRUPTCY COURT
              BAP